**Opinion issued September 15, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00114-CV

————————————

## CHRISTINA LIVINGSTON, Appellant

## V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION FANNIE MAE, Appellee

---

**On Appeal from the County Civil Court at Law No 4**
**Harris County, Texas**
**Trial Court Case No. 1055552**

---

## MEMORANDUM OPINION

Appellant, Christina Livingston, has filed an appeal from the trial court's January 26, 2015 judgment. The trial court clerk filed the clerk's record on March 30, 2015, and the reporter's record was filed on May 19, 2015. Appellant's brief was therefore due on June 18, 2015. *See* TEX. R. APP. P. 38.6(a).

As of June 24, 2015, appellant failed to timely file a brief, and on that date the Clerk of this Court notified appellant that failure to file a brief or a motion for extension by July 6, 2015, could lead to dismissal of the appeal.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).  To date, no brief has been filed.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Brown.